UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEYANO, INC., (d/b/a Tropicalia), | Case No. 25 Civ. 9061 (ER) |
| Plaintiff, | **JUDGMENT** |
| - against - | |
| TROPIFRESH CORP. and YASMIN MOLINA, a/k/a YASMIN MOLINA LOOR, | |
| Defendants. | |

It is hereby **ORDERED, ADJUDGED AND DECREED:** that, for the reasons set forth in Plaintiff's papers in support of default judgment, judgment is awarded in favor of Plaintiff Aleyano, Inc., 2333 Brickell Avenue, Apt. 1910, Miami, Florida 33129, and against Defendants Tropifresh Corp., 2153 NW 86th Avenue, Miami, Florida, and Yasmin Molina, 7890 NW 15th Ct., Hollywood, Florida 33024, jointly and severally, in the principal amount of $17,258.00 plus $218.51 in accrued interest at the rate of 18% per annum from November 1, 2024 through May 29, 2025 (the date of the Department of Agricultural Default Order) plus simple interest at a rate of 4.13% per annum ($1.95 per day) from May 30, 2025 through the date of this Court's judgment ($569.40 from May 30, 2025 through March 18, 2026) and continuing post-judgment until the judgment is paid, plus reasonable and necessary attorneys' fees incurred by Plaintiff up to and including the date of the Judgment of $5,000, and plus costs of $500 associated with Plaintiff's complaint to the United States Department of Agriculture and $995.50 in filing fees and process servers fees for this action, for a total of $24,541.41 as of March 18, 2026 with interest continuing thereafter as set forth herein.

Dated: New York, New York

        March 25   , 2026

                                    SO ORDERED:

                                      Honorable Edgardo Ramos, U.S.D.J.